| | |
|---|---|
| 1 | Jeffrey S. Gerardo #146508 |
| | Steven M. Dailey #163857 |
| 2 | Kutak Rock LLP |
| | Suite 1100 |
| 3 | 18201 Von Karman Avenue |
| | Irvine, CA 92612-1077 |
| 4 | Telephone: (949) 417-0999 |
| | Facsimile: (949) 417-5394 |
| 5 | |
| 6 | Attorneys for Defendant |
| | US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE |
| 7 | LOAN TRUST, INC. 2006-NC1, ASSET-BACKED PASS-THROUGH CERTIFICATES |
| 8 | SERIES 2006-NC1 [erroneously sued as "U.S. BANK NATIONAL ASSOCIATION, a federally- |
| 9 | chartered commercial bank, as trustee for CITIGROUP MORTGAGE LOAN TRUST, INC. |
| 10 | 2006-NC1, Asset-Backed Pass-Through Certificates Series 2006-NCI"] |

FILED
CLERK, U.S. DISTRICT COURT
OCT 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| 14 | RICARDO CHOPERENA LORENZANA, | Case No. 2:11-cv-04035 SVW (MANx) |
| 15 | | Assigned to: |
| 16 | Plaintiff, | Hon. Stephen V. Wilson |
| | | Courtroom 6 |
| 17 | v. | Assigned Discovery: |
| 18 | ALTURA CREDIT UNION, a | Magistrate Judge Margaret A. Nagle |
| | California corporation; NEW | |
| 19 | CENTURY MORTGAGE | [PROPOSED] JUDGMENT ON |
| 20 | CORPORATION, a California corporation; U.S. BANK NATIONAL | MOTION TO DISMISS |
| 21 | ASSOCIATION, a federally chartered commercial bank, as trustee for | [Complaint filed: May 11, 2011 |
| 22 | CITIGROUP MORTGAGE LOAN TRUST, INC. 2006-NCI, Asset-Backed | |
| 23 | Pass-Through Certificates Series 2006-NC1; NDEX WEST, LLC, a Delaware | |
| 24 | limited liability company; and DOES 1-10, inclusive, | |
| 25 | Defendants. | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

Kutak Rock LLP
Attorneys At Law
Irvine

4837-8377-6010.1
14617-543

[PROPOSED] JUDGMENT

US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. 2006-NC1, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-NC1 ["U.S. BANK"] was granted by the Honorable Stephen v. Wilson on August 25, 2011 as more fully reflected in the Court's August 25, 2011 Order. Specifically, the Court ordered that Plaintiff's claims brought under the Truth In Lending Acts ("TILA), 15 U.S.C. sects. 1601 *et seq.* and associated regulations ("Regulation Z"), and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. sects. 1692 *et seq.* were dismissed with prejudice. The remaining state law claims were dismissed without prejudice. The Motion to Strike was denied as moot.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed, as to U.S. BANK and that a Judgment of Dismissal be entered in favor of U.S. BANK and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against U.S. BANK.

**IT IS SO ORDERED.**

DATED: 10/25, 2011

HON. STEPHEN V. WILSON
JUDGE OF THE U.S. DISTRICT COURT

Respectfully submitted:
KUTAK ROCK LLP

By: /s/ Steven M. Dailey
Jeffrey S. Gerardo
Steven M. Dailey
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST, INC. 2006-NC1, ASSET-BACKED
PASS-THROUGH CERTIFICATES SERIES 2006-NC1

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4837-8377-6010.1
14617-543

- 2 -

[PROPOSED] JUDGMENT